## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **OSMAN DONALDO CERRATO GONZALEZ**, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| **WILLIAM BARR**, *in his official capacity as Attorney General of the United States*; **CHAD WOLF**, *in his official capacity as Acting Secretary of U.S. Department of Homeland Security ("DHS")*; **JOHN DOES 1-10**, *in their individual capacities as federal agents employed by their United States Customs and Border Protection ("CBP") and/or United States Immigration and Customs Enforcement ("ICE")*; | § § § § § § § § § § § § § | EP-20-CV-00137-DCG |
| *Defendants*. | § § | |

## **ORDER DISMISSING CASE**

On June 15, 2020, the parties in the above-captioned case filed a "Joint Stipulation of Dismissal" (ECF No. 41) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Osman Cerrato-Gonzalez against Defendants William Barr, Chad Wolf, and John Does 1-10 in the above-captioned case are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS MOREOVER ORDERED** that all pending motions, if any, are denied as **MOOT**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

-2-

**So ORDERED and SIGNED this 16th day of June 2020.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**